| | |
|---|---|
| 1 | Jeffrey P. Davis       #166484 |
|   | Nathan W. Powell    #232516 |
| 2 | **DOWLING, AARON & KEELER, INC.** |
|   | 8080 North Palm Avenue, Third Floor |
| 3 | P.O. Box 28902 |
|   | Fresno, California 93729-8902 |
| 4 | Tel: (559) 432-4500 / Fax: (559) 432-4590 |
|   | Email: jdavis@daklaw.com |
| 5 |            npowell@daklaw.com |
| 6 | Attorneys for Defendants CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC |
| 7 | ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; and FULCE ENTERPRISES, INC., |
| 8 | a California corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, and BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST, | Case No. 1:08-cv-00498-OWW TAG  **STIPULATION AND ORDER** |
| Plaintiffs, | |
| v. | |
| CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |



STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties herein that this case be referred to the Voluntary Dispute Resolution Program (VDRP) for Early Neutral Evaluation consistent with Local Rule 16-271; and that consistent with that referral, the Scheduling Conference, currently scheduled for July 16, 2008 at 8:30 a.m. in Department 3 of this court, be continued for 60 days pending referral to the VDRP.

Dated: July 9, 2008                              DOWLING, AARON & KEELER, INC.

                                                 /s/Jeffrey P. Davis
                                                 By:  JEFFREY P. DAVIS
                                                      NATHAN W. POWELL
                                                      ATTORNEYS FOR DEFENDANTS

Dated: July 7, 2008                              PERLMAN FOX LLP

                                                 /s/Scott D. Perlman
                                                 By:  SCOTT D. PERLMAN, ESQ.
                                                      ATTORNEYS FOR PLAINTIFFS

### ORDER

**IT IS HEREBY ORDERED** that (a) the Stipulation of the Parties set forth above is made an Order of this Court; (b) this case shall be referred to the Voluntary Dispute Resolution Program for Early Neutral Evaluation consistent with Local Rule 16-271; and (c) the Scheduling Conference in the above-captioned action is continued until October 10, 2008, at 8:15 a.m. in Department 3.

Dated: July 8, 2008                              /s/ OLIVER W. WANGER
                                                 UNITED STATES DISTRICT JUDGE

F:\wdocs\maindocs\13315\001\00114566.DOC

PDF created with pdfFactory trial version www.pdffactory.com