UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTESS OF THE KERN COUNTY ELECTRICAL PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>CHRISTOPHER BURGONI, etc. et al.,<br><br>    Defendants.<br>_____ | Case No. 1:08-cv-00498 OWW TAG<br><br>ORDER SETTING STATUS CONFERENCE REGARDING SELECTION OF NEUTRAL |

  On July 7, 2008, the parties stipulated to a referral to the Voluntary Dispute Resolution Program ("VDRP) for an early neutral evaluation. (Doc. 11). Local Rule 16-271. On July 8, 2008, this action was referred to the VDRP. (Doc. 12).

  The Court makes the following order:

  1. A status conference is set regarding the VDRP referral, on Friday, July 25, 2008, at 9:00 a.m., before United States Magistrate Judge Theresa A. Goldner, at the court chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301.

  2.  Counsel are directed to meet and confer prior to the status conference, and agree upon at least three qualified, mutually acceptable neutral evaluators ("neutrals") who are available and willing to conduct an early neutral evaluation. Counsel should be prepared to discuss the names, qualifications, and availability of the proposed neutrals at the status conference, so the Court will be in a position to appoint a neutral as quicky as possible.

///

1

3. Counsel may appear telephonically at the status conference, provided a written request to appear by telephone is made to Judge Goldner's Courtroom Deputy, Alan Leon Guerrero, no later than Wednesday, 23, 2008.  If two or more attorneys request to appear telephonically, it shall be the plaintiff's responsibility to make prior arrangements for the conference call with an AT&T operator IF counsel do not have conference call capabilities on their telephone systems, and to initiate the call to the Court.  Counsel may also appear telephonically through Court Call, provided they make appropriate advance arrangements through Court Call.  Questions related to Court Call procedures may be directed to the Courtroom Deputy by telephone at 661-326-6620 or by email at: aleonguerrero@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **July 9, 2008**                                                       **/s/ Theresa A. Goldner**
                                                                                               UNITED STATES MAGISTRATE JUDGE