1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14

| | |
|---|---|
| BOARD OF TRUSTESS OF THE KERN COUNTY ELECTRICAL PENSION FUND, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CHRISTOPHER BURGONI, etc. et al.,<br><br>            Defendants. | Case No. 1:08-cv-00498 OWW TAG<br><br>ORDER REGARDING EARLY NEUTRAL EVALUATION |

15

16      On August 4, 2008, the Court conducted a Voluntary Dispute Resolution Program

17  (VDRP) status conference.   Attorney Scott D. Perlman appeared telephonically on behalf of

18  Plaintiffs.  Attorney Nathan W. Powell appeared telephonically on behalf of Defendants.

19      Counsel reported that they had met, conferred, and agreed to the following:

20      A)  The parties have selected Attorney Christopher W. Hine to conduct an early neutral

21  evaluation ("ENE") in this case;

22      B)  Attorney Hine is available to conduct an ENE session August 26, 2008; and

23      C)  The parties are available to participate in the ENE session on August 26, 2008.

24      Based on the foregoing, and light of the Court's July 9, 2008 order referring this case to

25  the VDRP (Doc. 12), the Court makes the following orders:

26      1. Attorney Christopher W. Hine is appointed as the neutral in this case.

27      2. The ENE session shall be conducted on August 26, 2008, and shall conclude no later

28  than August 28, 2008, at a location to be determined by Attorney Hine.  Both counsel shall

immediately contact Attorney Hine by telephone at 661-619-8638 or by e-mail at

cwhine76@yahoo.com to confirm the location of the ENE session and to provide him with their

respective written VDRP statements and the pleadings that they have filed in this case. See Local

Rule (L.R.) 16-271 (k).  All parties and counsel shall appear in person at the ENE session.

L.R. 16-271(l).

3.  No later than fourteen days after the ENE session has been concluded, Attorney Hine

shall submit to the undersigned the neutral's VDRP completion report.  L.R. 16-271 (n).  The

completion report shall not be filed with the Court and shall report only the date on which the

ENE session was completed.

4.  No later than fourteen days after the ENE session has been concluded, the parties shall

jointly file a VDRP completion report, or in lieu thereof, a dismissal or stipulation and order for

dismissal of this case.  L.R. 16-271(o).


IT IS SO ORDERED.

Dated:   **August 15, 2008**                              **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE