Jeffrey P. Davis #166484
Nathan W. Powell #232516
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: jdavis@daklaw.com
npowell@daklaw.com

Attorneys for Defendants CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; and FULCE ENTERPRISES, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, and BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST,

Plaintiffs,

v.

CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,

Defendants.

Case No. 1:08-cv-00498-OWW TAG

**STIPULATION AND ORDER**

The Parties previously stipulated, and this Court ordered, to transfer this case to the Voluntary Dispute Resolution Program (VDRP) for Early Neutral Evaluation consistent with Local Rule 16-271.






PDF created with pdfFactory trial version www.pdffactory.com

The Parties met and conferred several times to select a neutral evaluator. This was a challenging process because the subject matter involves both ERISA and traditional labor issues that most neutral evaluators are not qualified to evaluate. On August 4, 2008, the Parties met with Judge Theresa A. Goldner from the VDRP program and selected Christopher W. Hine, Esq., who agreed to act as the neutral evaluator. Judge Goldner ordered that the Parties complete the Early Neutral Evaluation session before Mr. Hine on August 26, 2008.

Judge Goldner held a Telephonic Status Conference on August 18, 2008, at which time she informed the Parties that pursuant to Local Rule 16-207(g), Mr. Hine could not receive compensation for his services as a neutral evaluator. The Parties, as well as Mr. Hine, however, always intended that Mr. Hine would be compensated for his services.

Judge Goldner suggested that the parties stipulate to opt out of the VDRP and request that this Court remove this case from the VDRP and have Mr. Hine act as a mediator under the same time schedule. The Parties believe that this will achieve the same result as if the Parties had continued in the VDRP but will also allow Mr. Hine to be compensated for his services.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties herein that this case opt out of the Voluntary Dispute Resolution Program so that the parties can proceed with a mediation before Mr. Hine on August 26, 2008.

Dated: August 19, 2008 DOWLING, AARON & KEELER, INC.

By: /s/ Nathan W. Powell
JEFFREY P. DAVIS
NATHAN W. POWELL
Attorneys for Defendants

Dated: August 19, 2008 PERLMAN FOX LLP

By: /s/ Scott D. Perlman
SCOTT D. PERLMAN, ESQ.
Attorneys for Plaintiffs






PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS HEREBY ORDERED** that (a) the Stipulation of the Parties set forth above is made an Order of this Court; and (b) this case shall be removed from the Voluntary Dispute Resolution Program back to the Eastern District Court so that the parties can proceed with a mediation before Mr. Hine on August 26, 2008.

Dated: August 20, 2008

/s/ OLIVER W. WANGER
Judge of the U.S. District Court




13315-001\00189733.DOC.



PDF created with pdfFactory trial version www.pdffactory.com