Jeffrey P. Davis  #166484
Nathan W. Powell  #232516
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: jdavis@daklaw.com
       npowell@daklaw.com

Attorneys for Defendants CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; and FULCE ENTERPRISES, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, and BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:08-cv-00498-OWW TAG<br><br>**STIPULATION TO STAY CASE PENDING AUDIT AND FURTHER SETTLEMENT DISCUSSIONS; ORDER THEREON** |

PDF created with pdfFactory trial version www.pdffactory.com

## RECITALS

WHEREAS, the above captioned Plaintiffs and Defendants (collectively the "Parties") attended a mediation on August 26, 2008, regarding the lawsuit styled as <u>Board of Trustees of the Kern County Electrical Pension Fund, et al. v. Christopher Burgoni, Alpha Omega Electric, Tadoc Enterprises, et al</u>., USDC Eastern District Case No. 1:08-cv-00498-OWW TAG (the "Lawsuit"); and

WHEREAS, Chris Hine, Esq., provided mediation services to the Parties; and

WHEREAS, the Parties have agreed to participate in an audit of certain financial records identified below (the "Audit"); and

WHEREAS, the Parties have agreed to participate in further settlement discussions upon completion of the Audit,

## STIPULATION

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The Lawsuit will not be litigated by the Parties through 11/30/08.

2. The Parties will seek to have a Settlement Status Conference set approximately four (4) months from the date the parties sign the instant stipulation.

3. The Plaintiffs may conduct an audit of ALPHA OMEGA ELECTRIC ("ALPHA OMEGA"), TADOC ENTERPRISES, INC. ("TADOC") and FULCE ENTERPRISES, INC. ("FULCE") for the purpose of determining alleged obligations to pay contributions on electrician hours worked as covered by the applicable Collective Bargaining Agreement.

4. The Audit shall occur within 30 days of the Parties signing this stipulation.

5. The Audit shall cover the time period beginning when ALPHA OMEGA became covered by the Collective Bargaining Agreement with the IBEW through 12/31/07.

6. Plaintiffs waive any claim for liquidated damages retroactively prior to 8/26/08.

7. Plaintiffs do not waive the claim for interest.

PDF created with pdfFactory trial version www.pdffactory.com

8. Each side will bear their own attorneys fees and costs through 8/26/08.

9. The Parties agree to return to mediation with Mr. Chris Hine if necessary on or before 11/30/08.

**IT IS SO STIPULATED**.

Dated: August 28, 2008                    DOWLING, AARON & KEELER, INC.

By: _____
DANIEL K. KLINGENBERGER
JEFFREY P. DAVIS
NATHAN W. POWELL
Attorneys for Defendants CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; and FULCE ENTERPRISES, INC., a California corporation

Dated:      August 29, 2008               PERLMAN FOX LLP


By: _____
SCOTT D. PERLMAN, Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING THAT THIS MATTER SHOULD BE STAYED PENDING COMPLETION OF THE ABOVE REFERENCED AUDIT AND FURTHER SETTLEMENT DISCUSSIONS, THIS CASE IS HEREBY STAYED UNTIL THE CASE IS DISMISSED OR UNTIL THE PARTIES APPEAR AT A SETTLEMENT STATUS CONFERENCE ON JANUARY 14, 2009, at 10:00 a.m., in Bakersfield, CA, before the honorable Magistrate Judge Goldner presiding.

**IT IS SO ORDERED**.


Date: September 4, 2008                   /s/ OLIVER W. WANGER
                                          Oliver W. Wanger
                                          U. S. District Judge