1
2
3
4
5          **IN THE UNITED STATES DISTRICT COURT**
6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7

8   BOARD OF TRUSTEES OF THE                 Case No.  1:08-cv-00498-OWW -TAG
    KERN COUNTY ELECTRICAL
9   PENSION FUND, et al.,                    REPORT AND RECOMMENDATIONS
                                             FOLLOWING SETTLEMENT
10              Plaintiffs,                  STATUS CONFERENCE

11       vs.                                 (Doc. 22)

12  CHRISTOPHER BURGONI, et al.,

13              Defendants.

14  _____/

15                        **PROCEDURAL HISTORY**

16          On April 10, 2008, the Board of Trustees of the Kern County Electrical Pension Fund, the

17  Board of Trustees of the Kern County Electrical Workers Health & Welfare Trust, and the Board of

18  Trustees of the Kern County Electrical Journeyman And Apprentice Training Trust ("Plaintiffs")

19  filed this action for an accounting and for breach of contract regarding alleged failures to make

20  contributions pursuant to a collective bargaining agreement, against Christopher Burgoni, Tadoc

21  Enterprises, Inc., and Fulce Enterprises, Inc. ("Defendants") (Doc. 1).  On May 27, 2008, Defendants

22  filed an answer.  (Doc. 9).

23          On July 7, 2008, the parties stipulated to an order transferring the action to the Court's

24  Voluntary Dispute Resolution Program ("VDRP"), and on July 9, 2008, the action was referred to

25  the VDRP.  (Docs. 11, 12).  On August 19, 2008, the parties stipulated to withdraw from the VDRP

26  in order to proceed with a private mediation, and on August 21, 2008, the action was removed from

27  the VDRP.  (Docs. 19, 20).  On September 2, 2008, the parties stipulated to an order staying the case

28  pending an audit and further settlement discussions.  (Doc. 21).  On September 5, 2008, the action

                                             1

was stayed and a settlement status conference was set before the Magistrate Judge on January 14, 2009.  (Doc. 23).

Based on discussions with counsel at the settlement status conference, the Court makes the following report and recommendations.

## **REPORT**

1.  The parties selected Attorney Christopher Hine to conduct a private mediation.

2.  The mediation was conducted on August 26, 2008.

3.  Substantial progress towards settlement was made at the mediation, however, the case did not settle.

4.  A financial audit was conducted after the mediation.

5.  The audit was only recently completed, and the results of the audit were provided to counsel for Plaintiffs and Defendants this week.

6.  Both counsel request an opportunity to review the results of the audit and confer with their respective clients, and wish to participate in a post-audit private mediation with Attorney Hine, to try to fully resolve the dispute underlying this action.

7.  The parties anticipate that discovery will take approximately six months to complete, and that they will be prepared for trial by December 2009.

## **RECOMMENDATIONS**

The Court recommends that:

1.  The parties be directed to conclude any further private mediation no later than April 10, 2009;

2.  A further settlement status conference before Magistrate Judge Goldner be set for April 24, 2009 at 9:00 a.m.; and

3. The stay remain in effect until April 24, 2009; and if the case is not reported as completely settled by that date, the stay should be lifted and scheduling conference should be set.

IT IS SO ORDERED.

Dated:   **January 14, 2009**                                      **/s/ Theresa A. Goldner**
                                                                  UNITED STATES MAGISTRATE JUDGE