```
 1
 2
 3
 4
 5
 6            IN THE UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  BOARD OF TRUSTEES OF THE      )   No. CV-F-08-498 OWW/SMS
    KERN COUNTY ELECTRICAL        )
10  PENSION FUND, et al.,         )   ORDER DIRECTING PARTIES TO
                                  )   FILE JOINT STATUS REPORT ON
11                                )   OR BEFORE APRIL 24, 2009
                                  )
12             Plaintiffs,        )
                                  )
13        vs.                     )
                                  )
14                                )
    CHRISTOPHER BURGONI, et al.,  )
15                                )
                                  )
16             Defendants.        )
                                  )
17  _____)
```

On January 14, 2009, United States Magistrate Judge Goldner filed a recommendation in which it was recommended that the District Court order the parties to conclude private mediation no later than April 10, 2009; to appear before a settlement status conference before Magistrate Judge Goldner on April 24, 2008 at 9:00 a.m.; and that, if the case is not completely settled by April 24, 2009, the stipulated stay in this action be lifted and a scheduling conference set.

No objections to the recommendation were filed. Magistrate

1

**Judge Goldner has since retired and this action assigned to Magistrate Judge Snyder. The Court orders the parties to file a joint status report setting forth the status of the case on or before April 24, 2009.**

IT IS SO ORDERED.

**Dated:   April 9, 2009**                             /s/ Oliver W. Wanger
                                                               UNITED STATES DISTRICT JUDGE