UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>    Defendant(s). | Case No. 08 CV-00498-OWW TAG<br><br>ORDER REGARDING THE FILING OF AMENDMENT TO COMPLAINT |

Pursuant to the Joint Stipulation of the parties filed herein, and good cause appearing, this Court orders that the Plaintiffs may file the amended complaint in this action in the form as shown in Exhibit "A" attached to the Stipulation.

**IT IS SO ORDERED.**

Dated:       June 8, 2010                    /s/ OLIVER W. WANGER
                                              HONORABLE OLIVER W. WANGER