# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHRISTOPHER BURGONI, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-00498 --- JLT<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES<br><br>(Doc. 39) |

In this matter, Plaintiffs have sued an individual, Christopher Burgoni, and two corporations; Tadoc Enterprises and Fulce Enterprises. (Doc. 36). Defendants appeared through counsel and answered the First Amended Complaint on July 22, 2010. (Doc. 38)

On July 6, 2011, the Court granted the request of Defendants' attorneys to withdraw from their representation. (Doc. 46) On September 29, 2011, withdrawn counsel served Defendants notice of the Court's order granting the requested withdrawal. (Docs. 49-50)

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk's Office **SHALL** update the docket to reflect Defendants' last known contact information as follows:

    A.　Christopher Burgoni
    　　　5080 California Avenue, Suite 200
    　　　Bakersfield, CA 93309

1

       B.    Tadoc Enterprises
       5080 California Avenue, Suite 200
       Bakersfield, CA 93309

       C.    Fulce Enterprises
       5080 California Avenue, Suite 200
       Bakersfield, CA 93309

2. Replacement counsel for Defendants Tadoc Enterprises and Fulce Enterprises **SHALL** enter an appearance in this matter **within 21 days**;

3. The Clerk IS DIRECTED to serve this order on each Defendant at the above address;

4. Defendants are advised that failure to comply with the Local Rules, Federal Rules, or a Court Order, may result in dismissal of this action pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **October 6, 2011**                              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE