1
2
3
4
5
6
7
8                          **IN THE UNITED STATES DISTRICT COURT**
9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, *et al.*, | ) Case No.: 1:08-cv-00498 --- JLT ) ) AMENDED ORDER TO ENTER APPEARANCE ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CHRISTOPHER BURGONI, *et al.*, | ) ) |
| Defendants. | ) ) |

In this matter, Plaintiffs have sued an individual, Christopher Burgoni, and two corporations; Tadoc Enterprises and Fulce Enterprises. (Doc. 36). Defendants appeared through counsel and answered the First Amended Complaint on July 22, 2010. (Doc. 38)

On July 6, 2011, the Court granted the request of Defendants' attorneys to withdraw from their representation. (Doc. 46) On September 29, 2011, withdrawn counsel served Defendants notice of the Court's order granting the requested withdrawal. (Docs. 49-50)

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk's Office **SHALL** update the docket to reflect Defendants' last known contact information as follows:

    A.  Christopher Burgoni
        5080 California Avenue, Suite 200
        Bakersfield, CA 93309

        B.    Tadoc Enterprises
              5080 California Avenue, Suite 200
              Bakersfield, CA 93309

        C.    Fulce Enterprises
              5080 California Avenue, Suite 200
              Bakersfield, CA 93309

2. Replacement counsel for Defendants Tadoc Enterprises and Fulce Enterprises **SHALL** enter an appearance in this matter **no later than October 27, 2011**;

3. The Clerk IS DIRECTED to serve this order on each Defendant at the above address;

4. Defendants are advised that failure to comply with the Local Rules, Federal Rules, or a Court Order, may result in dismissal of this action pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **October 18, 2011**                      **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE