MELISSA W. COOK, ESQ.; SBN 134791
mwccoast@aol.com
ERIN E. DAVIS, ESQ.; SBN 259453
ee.davis@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 08 CV-00498-LJO-JLT<br><br>NOTICE AND APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS CHRISTOPHER BURGONI AND TADOC ENTERPRISES, INC.<br><br>Hearing Date:  June 1, 2012<br>Time:          9:00 am<br>Courtroom:     Suite A<br>Judge:         Hon. Jennifer Thurston<br><br>Complaint Filed: April 10, 2008 |

**TO DEFENDANTS:**

**PLEASE TAKE NOTICE** that on June 1, 2012 at 9:00 a.m. or soon thereafter as this matter may be heard at the above-entitled Court, located at 1300 18th Street, Suite A, Bakersfield, California 93301, by the Honorable Jennifer

1 Thurston, United States Magistrate Judge, presiding; Plaintiffs will present their
2 Application for Default Judgment against Defendants CHRISTOPHER BURGONI,
3 an individual and doing business as Alpha Omega Electric, and TADOC
4 ENTERPRISES, INC., a California corporation doing business as Alpha Omega
5 Electric. The Clerk entered the default of said Defendant on December 21, 2011.

7       This application is based on the Notice herein, the Memorandum of Points
8 and Authorities, Declarations of Billie Hanner, Michael Surowitz, and Erin Davis
9 filed concurrently herewith, and the pleadings, files and other matters that may be
10 presented at hearing.

11       At the time and place of hearing, Plaintiffs will present proof of the following
12 matters:

13     1.    Defendants are not infants or incompetent persons or in military service
14 or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

15     2.    Though Defendants have appeared in this action, their
16 responsive pleadings have been stricken.

17     3.    Plaintiffs served the Notice of this Application for Default Judgment
18 on Defendants as shown on the Declarations of Service attached hereto.

19     4.    Plaintiffs are entitled to a judgment against Burgoni on account of the
20 claims pleaded in the Complaint, to wit, Defendant Burgoni expressly assumed all
21 obligations arising from his Collective Bargaining Agreement, which incorporates
22 the terms and provisions of the Declarations of Trust for each of the Trust Funds
23 (collectively, the "Agreements"). By these Agreements, Burgoni is required to
24 submit monthly reports and pay to each of the Plaintiffs certain sums per hour for
25 each hour paid and/or worked during each month by electrical workers or non-
26 bargained employees employed by Burgoni (the "Contributions"). Burgoni failed
27 to make timely contributions in the amounts required by the Agreements, and also
28 violated the Agreements by hiring non-signatory subcontractors to perform work,

1  to avoid Burgoni's responsibilities under the Agreements. As such, Burgoni is in
2  violation of Section 515 of the Employee Retirement Income Security Act of 1974
3  (ERISA) as amended (29 U.S.C. § 1145) and Plaintiffs are entitled to the
4  contributions, liquidated damages, interest, attorney's fees and costs from Burgoni
5  pursuant to said Agreements and ERISA section 502(g) (29 U.S.C. § 1132(g)).

6    5.    Plaintiffs are entitled to a judgment against Tadoc Enterprises on
7  account of the claims pleaded in the Complaint, to wit, Tadoc Enterprises operated
8  under the ownership and control of Defendant Burgoni as Alpha Omega Electric,
9  and per the terms of the Agreement, became bound to all obligations contained
10 therein, including the obligation to submit monthly reports and pay to each of the
11 Plaintiffs certain sums per hour for each hour paid and/or worked during each
12 month by electrical workers or non-bargained employees employed by Burgoni (the
13 "Contributions"). Tadoc Enterprises failed to make timely contributions in the
14 amounts required by the Agreements, and as a result, is in violation of Section 515
15 of the Employee Retirement Income Security Act of 1974 (ERISA) as amended (29
16 U.S.C. § 1145) and Plaintiffs are entitled to the contributions, liquidated damages,
17 interest, attorney's fees and costs from Tadoc Enterprises pursuant to said
18 Agreements and ERISA section 502(g) (29 U.S.C. § 1132(g)).

19    6.    As set forth in the declaration of Michael Surowitz, the amount of
20 known principal sought is $264,287.63, which consists of $240,261.48 in unpaid
21 contributions, and $24,026.15 in liquidated damages.

22    7.    As set forth in the Declaration of Michael Surowitz, the amount
23 of audit fees sought is $3,358.47.

24 //
25 //
26 //
27 //
28 //

8. As set forth in the Declaration of Erin Davis, the amount of attorney's fees sought is $38,327.51, and the amount of costs sought is $2,546.75 pursuant to ERISA section 502(g) (29 U.S.C. § 1132(g)).

9. Therefore, the amount of judgment sought is as follows:

*Principal* . . . . . . . . . . . . . . . . . . . . . $264,287.63
*Attorney's Fees* . . . . . . . . . . . . . . . . . . $38,327.51
*Costs* . . . . . . . . . . . . . . . . . . . . . . . . . . $2,546.75
*Audit Fees* . . . . . . . . . . . . . . . . . . . . . $3,358.47
*Judgment* . . . . . . . . . . . . . . . . . . . . . $308,520.36

DATED: April 26, 2012          MELISSA W. COOK & ASSOCIATES

By: /s/Erin E. Davis
    Melissa W. Cook
    Erin E. Davis
    Attorneys for Plaintiffs

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3444 Camino del Rio North, Suite 106, San Diego, California 92108; I am employed in the office of a member of the bar of this Court at whose direction I served a copy, including all exhibits, if any, on **April 27, 2012**, of the following document(s):

**1. Notice and Application for Default Judgment by Court Against Defendants Christopher Burgoni and Tadoc Enterprises, Inc.**
**2. Memorandum of Points and Authorities in Support of Plaintiffs' Application for Default Judgment by Court Against Defendants Christopher Burgoni and Tadoc Enterprises, Inc.**
**3. Declaration of Billie Hanner in Support of Plaintiffs' Application for Default Judgment by Court**
**4. Declaration of Michael Surowitz in Support of Plaintiffs' Application for Default Judgment by Court**
**5. Declaration of Erin E. Davis in Support of Plaintiffs' Application for Default Judgment by Court**
**6. [Proposed] Order Granting Plaintiffs' Application for Default Judgment by Court Against Defendants Christopher Burgoni and Tadoc Enterprises, Inc.**
**7. [Proposed] Default Judgment by Court Against Defendants Christopher Burgoni and Tadoc Enterprises, Inc.**

by placing a true copy thereof in an envelope addressed to the person(s) named below at the addresses(es) shown:

Tadoc Enterprises, Inc.
dba Alpha Omega Electrical
5080 California Ave., #200
Bakersfield, CA 93309

Christopher Burgoni
4912 McCloud Court
Bakersfield, CA 93308

Neil Fulce
Fulce Enterprises, Inc.
231 Bloomfield Drive
Bakersfield, CA 93312

Tadoc Enterprises, Inc.
dba Alpha Omega Electrical
231 Bloomfield Drive
Bakersfield, CA 93312

[X]  **By United States mail:** I placed a true copy in a sealed envelope or package addressed to the person(s) at the address(es) indicated above on the above-mentioned date and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[]  **By Facsimile:** From facsimile machine telephone number (619) 280-4304, on the above-mentioned date, I served a full and complete copy of the above-referenced document(s) by facsimile transmission to the person(s) at the number(s) indicated.

[]  **By Next Day Mail:** I placed a true copy in a sealed envelope addressed as indicated above on the above-mentioned date. I am readily familiar with this firm's practice of collection and processing of correspondence for delivery by next day mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours with a fully completed airbill under which all delivery charges are paid by this firm that same day in the ordinary course of business.

1155.15

Proof of Service

Case No. 08-CV-00498-LJO JLT

[]  **By Electronically Serving Using CM/ECF System:** I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email address(es):

[X]  I caused the above-mentioned document(s) to be electronically filed.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on **April 27, 2012**, at San Diego, California.

_____
Courtney Logan

-2-

Proof of Service                                    Case No. 08-CV-00498-LJO JLT