UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  08 CV-00498-LJO-JLT<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS CHRISTOPHER BURGONI AND TADOC ENTERPRISES, INC.<br><br>Hearing Date:  June 1, 2012<br>Time:           9:00 am<br>Courtroom:      Suite A<br>Judge:          Hon. Jennifer Thurston<br><br>Complaint Filed: April 10, 2008 |

Plaintiffs, Board of Trustees of the Kern County Electrical Pension Fund, Board of Trustees of the Kern County Electrical Workers Health & Welfare Trust, and Board of Trustees of the Kern County Electrical Journeyman and Apprentice Training Trust, having obtained an entry of default from the Clerk against

EED/cl/1155.15(K).wpd

[Proposed] Order Granting Plaintiffs' Application for Default Judgment          Case No. 08CV00498-LJO-JLT

1  Defendants Christopher Burgoni and Tadoc Enterprises, Inc. now apply for a
2  default judgment.
3       Based upon the Application, Notice, Declarations and the pleadings, files and
4  other matters that were presented, this Court hereby **GRANTS** Plaintiffs'
5  Application for Default Judgment in the above matter.

6  **IT IS SO ORDERED.**

8  DATED: _____              _____
9                                    JENNIFER THURSTON
                                     UNITED STATES MAGISTRATE JUDGE