UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER BURGONI, an individual, and doing business as ALPHA OMEGA ELECTRIC; TADOC ENTERPRISES, INC., a California corporation doing business as ALPHA OMEGA ELECTRIC; FULCE ENTERPRISES, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 08 CV-00498-LJO-JLT<br><br>[PROPOSED] DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS CHRISTOPHER BURGONI AND TADOC ENTERPRISES, INC.<br><br>Hearing Date: June 1, 2012<br>Time: 9:00 am<br>Courtroom: Suite A<br>Judge: Hon. Jennifer Thurston<br><br>Complaint Filed: April 10, 2008 |

Defendant Christopher Burgoni, an individual doing business as Alpha Omega Electric, and Tadoc Enterprises, Inc., a California corporation doing business as Alpha Omega Electric, Inc., sued herein for recovery of money damages, having been served with a copy of summons and complaint, and having

1  failed to answer complaint within the time allowed by law, and the default of said
2  Defendant having been entered upon request of Plaintiffs, the following Judgment
3  is hereby entered:

4     Plaintiffs, Board of Trustees of the Kern County Electrical Pension Fund,
5  Board of Trustees of the Kern County Electrical Workers Health & Welfare Trust,
6  and Board of Trustees of the Kern County Electrical Journeyman and Apprentice
7  Training Trust shall recover the sum of $264,287.63 as principal, $38,327.51 as
8  attorney's fees, $2,546.75 as costs, and $3,358.47 as audit fees, for a total of
9  *$308,520.36*, from Defendants, Christopher Burgoni, an individual and doing
10 business as Alpha Omega Electric, and Tadoc Enterprises Inc., a California
11 corporation doing business as Alpha Omega Electric.

12     Judgment is entered this _____ day of _____, 2012.

14 DATED: _____

                                             JENNIFER THURSTON
                                             UNITED STATES MAGISTRATE JUDGE