# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, et al., | CASE NO. CV F 08-0498 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS DEFENDANT** (Doc. 63.) |
| vs. | |
| CHRISTOPHER BURGONI, et al., | |
| Defendants. / | |

Based on the plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action with prejudice as to defendant Fulce Enterprises, Inc. only. The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   April 30, 2012**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1